IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, in their capacities as Trustees of the INTERNATIONAL ALLIANCE OF THEATRICAL AND STAGE EMPLOYEES LOCAL 16 HEALTH & WELFARE TRUST FUND, INTERNATIONAL ALLIANCE OF THEATRICAL AND STAGE EMPLOYEES LOCAL 16 PENSION TRUST FUND, and INTERNATIONAL ALLIANCE OF THEATRICAL AND STAGE EMPLOYEES LOCAL 16 TRAINING TRUST FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>ISLAND CREATIVE MANAGEMENT, LLC, BOTTLEROCK, LLC, SCOTT BEVER, individually and doing business ISLAND CREATIVE MANAGEMENT, LLC, ROBERT VOGT, GABRIEL MEYERS, and JASON JOHNSON,<br><br>    Defendants. | No. C 13-05783 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    In light of the fact that this case is now more than seven months old, it is important to get the case moving and the case management conference will go forward as set for July 31 with the defendants who have been served, and we will have to find a way to allow the remaining defendants to catch up in due course if and when they are ever served by plaintiffs' counsel. The motion to continue is **DENIED**.

    **IT IS SO ORDERED.**

Dated: July 28, 2014.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE