**United States District Court**
For the Northern District of California

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

BOARD OF TRUSTEES, in their capacities as
Trustees of the INTERNATIONAL ALLIANCE
OF THEATRICAL AND STAGE EMPLOYEES
LOCAL 16 HEALTH & WELFARE TRUST
FUND, INTERNATIONAL ALLIANCE OF
THEATRICAL AND STAGE EMPLOYEES
LOCAL 16 PENSION TRUST FUND, and
INTERNATIONAL ALLIANCE OF
THEATRICAL AND STAGE EMPLOYEES
LOCAL 16 TRAINING TRUST FUND,

            Plaintiffs,

    v.

ISLAND CREATIVE MANAGEMENT, LLC,
BOTTLEROCK, LLC, SCOTT BEVER,
individually and doing business ISLAND
CREATIVE MANAGEMENT, LLC, ROBERT
VOGT, GABRIEL MEYERS, and JASON
JOHNSON,

            Defendants.

                                                    /

No. C 13-05783 WHA

**REQUEST FOR STATUS
REPORT**

20

21

22

23

24

    Notices of voluntary dismissal and stipulations of dismissal have been filed for

defendants Robert Vogt, Jason Johnson, Gabriel Meyers, BottleRock, LLC, Island Creative

Management, LLC, and Scott Bever.  By **NOON ON OCTOBER 10**, plaintiff shall please file a

status report confirming that all claims have been dismissed (or identifying any remaining

claims).  The Clerk shall then **CLOSE THE FILE**.

25

26

    **IT IS SO ORDERED.**

27

28

Dated:   October 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE